**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6296**

_____

JOHN G. SIMKUS, JR.,

                                    Plaintiff - Appellant,

     versus

BISHOP L. ROBINSON; RICHARD A. LANHAM, SR.;
FRANK C. SIZER, JR.,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-97-1947-WMN)

_____

Submitted:  May 14, 1998          Decided:  May 18, 1998

_____

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John G. Simkus, Jr., Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Wendy Ann Kronmiller, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Simkus v. Robinson, No. CA-97-1947-WMN (D. Md. Feb. 13, 1998). We deny Appellant's motion to terminate the collection of filing fees and motion for expedited treatment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED